UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

v.

JULIO NUNEZ,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
00 Cr. 121 (PKC)**

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the appearance previously entered by Assistant United States Attorney Kan Nawaday and to add the undersigned attorney as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
            December 11, 2009

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

                                 by:   <u>/s/ Alvin L. Bragg, Jr.</u>
                                        Alvin L. Bragg, Jr.

                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Southern District of New York
                                        One St. Andrew's Plaza
                                        New York, New York  10007
                                        Tel:  (212) 637-1085
                                        Fax: (212) 637-2527
                                        Alvin.Bragg@usdoj.gov

TO:    Lloyd Epstein, Esq.